664

Biessie Berger, Appellant, v. Ben Chemers, Appellee.

Gen. No. 44,679.

opinion filed May 18, 1949; released for publication June 17, 1949. Dominick Varraveto, Jr., for appellant; S. B. Rosenzweig, of counsel; Harold Ginsburg and Alec E. Weinrob, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.